N. Stephen Vokshori (SBN 245570)
VOKSHORI LAW GROUP, APLC
1010 Wilshire Blvd.
Suite 1404
Los Angeles, CA 90017
213.986.4324
310.881.6996
Email: bankruptcy@voklaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Chapter: 13 |
| | ) |
| Vernon David Harm Behrens, | ) Case No.: 2:22-bk-11182-NB |
| | ) |
| | ) MOTION TO WITHDRAW AS ATTORNEY |
| | ) OF RECORD; DECLARATION OF N. |
| Debtor. | ) STEPHEN VOKSHORI IN SUPPORT |
| | ) THEREOF |
| | ) |
| | ) |
| | ) [No Hearing Required Pursuant to LBR 2091- |
| | ) 1(a), 9013-1(p)(4)] |
| | ) Courtroom: 1545 |
| | ) |
| | ) The Honorable Neil Bason |
| | ) |
| | ) |

TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE, THE

CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that N. Stephen Vokshori and Vokshori Law Group, APLC

(hereinafter "VLG"), counsel for Debtor Vernon David Harm Behrens (hereinafter "Debtor"),

respectfully moves this Court to be relieved as counsel in the above-entitled bankruptcy

proceeding as follows:

The Debtor is deceased, and Debtor's representative, his adult daughter Jennifer Beherns, has failed to maintain effective communication and trust with Debtor's counsel which has deteriorated the attorney-client relationship, thus making it impossible to continue effective legal representation in the within Chapter 13 bankruptcy proceeding. See Declaration of N. Stephen Vokshori filed herewith. Moreover, revealing the facts on which this Motion is based would involve disclosure of client confidences. The undersigned represents that good grounds for withdrawal exist under Rules of Professional Conduct Rule 3-700(c). See Declaration of N. Stephen Vokshori filed herewith.

Based on the above circumstances, it is the belief of VLG that the continued effective representation of Debtor is no longer feasible. Wherefore, the Moving party prays that this Court enter an Order relieving VLG as attorneys of record for the above-named Debtor in his Chapter 13 proceedings.

Respectfully submitted,

VOKSHORI LAW GROUP, APLC

Dated: October 17, 2025

By:  **/s/ N. Stephen Vokshori**
N. Stephen Vokshori
Attorneys for Debtor

## DECLARATION OF N. STEPHEN VOKSHORI

I, N. Stephen Vokshori, hereby declare as follows:

1.   I am over the age of eighteen (18) years and am licensed to practice law in the State of California. I am the managing attorney of Vokshori Law Group, APLC ("VLG"), counsel of record for the Debtor Vernon David Harm Behrens ("Debtor") herein. The matters as set forth in this Declaration are true of my own knowledge and, if called upon to do so, I could and would competently testify to them.

2.   VLG represents the Debtor in the instant Chapter 13 bankruptcy, Case Number 2:22-bk-11182-NB, which was filed on March 3, 2022.

3.   We were advised by Debtor's representative, his adult daughter Jennifer Behrens, that the Debtor passed away in June 2024.

4.   Since that time, Debtor's representative has failed to maintain effective communication and trust with me and my office, which has deteriorated the attorney-client relationship, thus making it impossible to continue effective legal representation in the within Chapter 13 bankruptcy proceeding.

5.   Irreconcilable differences have arisen between counsel and Debtor's representative regarding the handling of this case, making continued representation unreasonably difficult.

6.   Moreover, revealing the facts on which this Motion is based would involve disclosure of client confidences. I represent that good grounds for withdrawal exist under Rules of Professional Conduct Rule 3-700(c).

7.   Based on these circumstances, it is my belief that the continued effective representation of the Debtor is no longer feasible.

8.   Accordingly, I request that this Court enter an Order relieving VLG as attorneys of record for the above-named Debtor in his Chapter 13 proceedings.

/././

/././

/././

I declare under penalty of perjury that the above is true and correct under the laws of the United States and is executed on this 17th day of October 2025 at Los Angeles, California.

Dated:   10/17/2025                              **/s/ N. Stephen Vokshori**
                                                Declarant N. Stephen Vokshori

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 1010 Wilshire Blvd., Ste. 1404, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO WITHDRAW AS ATTORNEY OF
RECORD; DECLARATION OF N. STEPHEN VOKSHORI IN SUPPORT THEREOF
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
10/17/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

 Creditor JP Morgan Chase Bank and US Bank Trust N.A., as Trustee by: ecfcacb@aldridgepite.com,
 JCD@ecf.inforuptcy.com, jdelmotte@aldridgepite.com; Kathy A Dockery (TR): EFIling@LATrustee.com; US Bank
 Trust, N.A. by: dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com, sferry@raslg.com,
 sean.ferry7@ecfcourtdrive.com; United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/17/2025_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

 [See attached Creditor Mailing Matrix.]

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2025 | Carson Harris | /s/ Carson Harris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-2
Case 2:22-bk-11182-NB
Central District of California
Los Angeles
Fri Oct 17 11:45:54 PDT 2025

JPMorgan Chase Bank, NA
c/o NewRez LLC d/b/a Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

SN Servicing Corp/U.S. Bank Trust,... 
c/o Weinstein & Riley, PS
1415 Western Avenue
Suite 700
Seattle, WA 98101-2051

█████████████████████
███████████████████████,
██████████████████

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Buena Park Nursing Center
Attn: Doris Le
850 Western Avenue
Buena Park, CA 90620

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

General Board of Higher Education
PO Box 340007
Nashville, TN 37203-0007

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, National Association
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Medicredit
Patient Financial Services
PO Box 911570
Denver, CO 80291-1570

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barr, PA 18773-9640

(p)PLAZA SERVICES  LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Plaza Services, LLC
PO Box 1931
Burlingame, CA 94011-1931

SLM   BANK
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Select Portfolio Servicing, Inc SPS
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165-0250

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

US Bank Trust National Association, et al.
NewRez LLC DBA Shellpoint Mortgage Servi
Bankruptcy Department
PO Box 10826
Greenville, SC 29603-0826

Jennifer Sue Behrens
215 Oakwell Srive
Walnut, CA 91789

████████████████████████
████████████████████████
██████████████████

████████████
███████████
██████████████████

████████████████
██████████████
█████████████████



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).