N. Stephen Vokshori (SBN 245570)
VOKSHORI LAW GROUP, APLC
1010 Wilshire Blvd.
Suite 1404
Los Angeles, CA 90017
213.986.4324
310.881.6996
Email: bankruptcy@voklaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Vernon David Harm Behrens,<br><br>Debtor. | Chapter: 13<br><br>Case No.: 2:22-bk-11182-NB<br><br>MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF N. STEPHEN VOKSHORI IN SUPPORT THEREOF<br><br>[No Hearing Required Pursuant to LBR 2091-1(a), 9013-1(p)(4)]<br>Courtroom: 1545<br><br>The Honorable Neil Bason |

TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that N. Stephen Vokshori and Vokshori Law Group, APLC (hereinafter "VLG"), counsel for Debtor Vernon David Harm Behrens (hereinafter "Debtor"), respectfully moves this Court to be relieved as counsel in the above-entitled bankruptcy

MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF N. STEPHEN VOKSHORI IN SUPPORT THEREOF -
1

proceeding as follows:

  The Debtor is deceased, and Debtor's representative, his adult daughter Jennifer Beherns, has failed to maintain effective communication and trust with Debtor's counsel which has deteriorated the attorney-client relationship, thus making it impossible to continue effective legal representation in the within Chapter 13 bankruptcy proceeding. See Declaration of N. Stephen Vokshori filed herewith. Moreover, revealing the facts on which this Motion is based would involve disclosure of client confidences. The undersigned represents that good grounds for withdrawal exist under Rules of Professional Conduct Rule 3-700(c). See Declaration of N. Stephen Vokshori filed herewith.

  Based on the above circumstances, it is the belief of VLG that the continued effective representation of Debtor is no longer feasible. Wherefore, the Moving party prays that this Court enter an Order relieving VLG as attorneys of record for the above-named Debtor in his Chapter 13 proceedings.

Respectfully submitted,

VOKSHORI LAW GROUP, APLC

Dated: October 17, 2025       By: **/s/ N. Stephen Vokshori**
                    N. Stephen Vokshori
                    Attorneys for Debtor

## DECLARATION OF N. STEPHEN VOKSHORI

I, N. Stephen Vokshori, hereby declare as follows:

1. I am over the age of eighteen (18) years and am licensed to practice law in the State of California. I am the managing attorney of Vokshori Law Group, APLC ("VLG"), counsel of record for the Debtor Vernon David Harm Behrens ("Debtor") herein. The matters as set forth in this Declaration are true of my own knowledge and, if called upon to do so, I could and would competently testify to them.

2. VLG represents the Debtor in the instant Chapter 13 bankruptcy, Case Number 2:22-bk-11182-NB, which was filed on March 3, 2022.

3. We were advised by Debtor's representative, his adult daughter Jennifer Behrens, that the Debtor passed away in June 2024.

4. Since that time, Debtor's representative has failed to maintain effective communication and trust with me and my office, which has deteriorated the attorney-client relationship, thus making it impossible to continue effective legal representation in the within Chapter 13 bankruptcy proceeding.

5. Irreconcilable differences have arisen between counsel and Debtor's representative regarding the handling of this case, making continued representation unreasonably difficult.

6. Moreover, revealing the facts on which this Motion is based would involve disclosure of client confidences. I represent that good grounds for withdrawal exist under Rules of Professional Conduct Rule 3-700(c).

7. Based on these circumstances, it is my belief that the continued effective representation of the Debtor is no longer feasible.

8. Accordingly, I request that this Court enter an Order relieving VLG as attorneys of record for the above-named Debtor in his Chapter 13 proceedings.

/././

/././

/././

I declare under penalty of perjury that the above is true and correct under the laws of the United States and is executed on this 17th day of October 2025 at Los Angeles, California.

Dated:  10/17/2025          **/s/ N. Stephen Vokshori**
                            Declarant N. Stephen Vokshori

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1010 Wilshire Blvd., Ste. 1404, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF N. STEPHEN VOKSHORI IN SUPPORT THEREOF _____ _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/17/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Creditor JP Morgan Chase Bank and US Bank Trust N.A., as Trustee by: ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com, jdelmotte@aldridgepite.com; Kathy A Dockery (TR): EFIling@LATrustee.com; US Bank Trust, N.A. by: dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com, sferry@raslg.com, sean.ferry7@ecfcourtdrive.com; United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/17/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[See attached Creditor Mailing Matrix.]

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2025 | Carson Harris | /s/ Carson Harris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          JPMorgan Chase Bank, NA                   Scolopax, LLC
0973-2                                   c/o NewRez LLC d/b/a Shellpoint Mortgage  c/o Weinstein & Riley, PS
Case 2:22-bk-11182-NB                    PO Box 10826                              1415 Western Avenue
Central District of California           Greenville, SC 29603-0826                 Suite 700
Los Angeles                                                                        Seattle, WA 98101-2051
Fri Oct 17 11:45:54 PDT 2025

                                                                                   American Express National Bank
                                                                                   c/o Becket and Lee LLP
                                                                                   PO Box 3001
                                                                                   Malvern  PA 19355-0701


Amex                                     Buena Park Nursing Center                 Directv, LLC
Correspondence/Bankruptcy                Attn: Doris Le                            by American InfoSource as agent
Po Box 981540                            850 Western Avenue                        PO Box 5072
El Paso, TX 79998-1540                   Buena Park, CA 90620                      Carol Stream, IL  60197-5072


FRANCHISE TAX BOARD                      General Board of Higher Education         Internal Revenue Service
BANKRUPTCY SECTION MS A340               PO Box 340007                             PO Box 7346
PO BOX 2952                              Nashville, TN 37203-0007                  Philadelphia, PA 19101-7346
SACRAMENTO CA 95812-2952


JPMorgan Chase Bank, National Association   Medicredit                             Navient
c/o Shellpoint Mortgage Servicing        Patient Financial Services                Attn: Bankruptcy
PO Box 10826                             PO Box 911570                             Po Box 9640
Greenville, SC 29603-0826                Denver, CO 80291-1570                     Wilkes-Barr, PA 18773-9640


(p)PLAZA SERVICES  LLC                   Plaza Services, LLC                       SLM   BANK
ATTN MANNY WILLIAMS                      PO BOX 1931                               C/O Navient Solutions, LLC.
110 HAMMOND DRIVE                        Burlingame, CA 94011-1931                 PO BOX 9640
SUITE 110                                                                          Wilkes-Barre, PA 18773-9640
ATLANTA GA 30328-4806


Select Portfolio Servicing, Inc SPS      Shellpoint Mortgage Servicing             U.S. Bank Trust National Association
Attn: Bankruptcy                         PO Box 10826                              c/o Select Portfolio Servicing, Inc.
Po Box 65250                             Greenville, SC 29603-0826                 P.O. Box 65250
Salt Lake City, UT 84165-0250                                                      Salt Lake City, UT 84165-0250


US Bank Trust National Association, et al.   Jennifer Sue Behrens
NewRez LLC DBA Shellpoint Mortgage Servi     215 Oakwell Srive
Bankruptcy Department                        Walnut, CA 91789
PO Box 10826
Greenville, SC 29603-0826
```



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).